JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN STOUT, On behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FREESCORE, LLC, d/b/a FREESCORE.COM,<br><br>Defendant. | CASE NO.: CV-10-04395-R-(OPx)<br><br>ORDER GRANTING FREESCORE LLC'S MOTION TO DISMISS THE COMPLAINT<br><br>Date: November 15, 2010<br>Time: 10:00 am<br>Courtroom: 8<br><br>Hon. Manuel L. Real<br>Action Filed: June 15, 2010 |

1  Before the Court is Defendant's Motion to Dismiss the Complaint under
2  Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Plaintiff's Motion for
3  Class Certification and Appointment of Class Counsel under Rule 23 of the Federal
4  Rules of Civil Procedure. After reviewing the moving, opposition and reply papers,
5  the Court holds as follows:

7  Plaintiff relies on the representations made by Defendant on its website
8  and in its television advertisement to demonstrate that Defendant is a credit repair
9  organization under the Credit Repair Organizations Act (the "CROA"). Whether a
10 company is a credit repair organization under the CROA depends on its
11 representations. *See Plattner v. Edge Solutions, Inc.*, 422 F. Supp. 2d 969, 974 (N.D.
12 Ill. 2006).

14 Plaintiff failed to demonstrate that any of Defendant's representations
15 were made for the express or implied purpose of improving a consumer's credit
16 record, credit history, or credit rating as required by 15 U.S.C. § 1679a(3)(A).
17 Defendant did not make any promises of credit improvement. Rather, it merely
18 promises to provide a consumer with his or her credit score; it is up to the consumer
19 to improve it.

21 15 U.S.C. § 1679b(a)(3) applies only in the credit repair context. The
22 term "any person" cannot be used to expand the statute's coverage. Rather, it is
23 meant to ensure that the statute applies in any context involving credit repair. *Lopez*
24 *v. ML # 3, LLC*, 607 F. Supp. 2d 1310, 1312-13 (N.D. Fla. 2009).

26 **NOW THEREFORE:**
27 Defendant's Motion to Dismiss is **GRANTED with prejudice**.
28 Because the Motion to Dismiss is granted, Plaintiff's Motion for Class Certification

1

is thereby rendered **MOOT**.

**IT IS SO ORDERED.**

DATED: November 19, 2010

_____
Hon. Manuel L. Real
United States District Court Judge

Respectfully Submitted by:

/s/ Darrel J. Hieber
DARREL J. HIEBER (CA SBN 100857)
darrel.hieber@skadden.com
JASON D. RUSSELL (CA SBN 169219)
jason.russell@skadden.com
MARINA V. BOGORAD (CA SBN 217524)
marina.bogorad@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Defendant
FREESCORE LLC