JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN STOUT,<br>On behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FREESCORE, LLC, d/b/a FREESCORE.COM,<br><br>    Defendant. | CASE NO.: CV-10-04395-R-(OPx)<br><br>JUDGMENT FOR DEFENDANT DISMISSING THE COMPLAINT WITH PREJUDICE<br><br>Hon. Manuel L. Real<br>Action Filed: June 15, 2010 |

On November 19, 2010, the Court issued an Order granting in whole the motion to dismiss filed by Defendant FreeScore LLC (ECF No. 20).  For the reasons set forth in that Order, the Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered for Defendant and against Plaintiff Kevin Stout.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and that Defendant shall recover from Plaintiff fees and costs in accordance with Federal Rule of Civil Procedure 54(d) and Local Rule 54-1 *et seq*.

**IT IS SO ORDERED**.

Dated: November 29, 2010   _____
THE HONORABLE MANUEL L. REAL
United States District Judge

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Darrel J. Hieber
Jason D. Russell
Marina V. Bogorad

/s/ *Marina V. Bogorad*
Marina V. Bogorad

Attorneys for Defendant FreeScore LLC